IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAREN ATKINSON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 3:CV-16-0152 |
| v. | : |
| | : (JUDGE CAPUTO) |
| ALLIED INTERSTATE LLC, | : |
| Defendant. | : |

## ORDER

**NOW,** this 24th day of October, 2016, the Court having been notified that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

_____
A. Richard Caputo
United States District Judge